# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THOMAS E. DANIELS  
2023 OLDE MILL LANE  
MCHENRY, IL  60050  

SSN-xxx-xx-3352

Case Number: 08-71933

Case filed on: 6/19/2008  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,500.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY TIMOTHY C. CULBERTSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 54,009.29 | 54,009.29 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ILLINOIS DEPARTMENT OF REVENUE | 4,822.56 | 4,822.56 | 0.00 | 0.00 |
|  | Total Priority | 58,831.85 | 58,831.85 | 0.00 | 0.00 |
| 999 | THOMAS E. DANIELS | 0.00 | 0.00 | 3,500.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,500.00 | 0.00 |
| 017 | JIM DANIELS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 71,182.63 | 4,270.96 | 0.00 | 0.00 |
| 008 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BLITT & GAINES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE BANK (USA) NA | 5,449.83 | 326.99 | 0.00 | 0.00 |
| 012 | CENTEGRA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | US DEPARTMENT OF EDUCATION | 6,055.61 | 363.34 | 0.00 | 0.00 |
| 014 | MICHLING, HOFFMAN, VINTON, PLAZA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MIDLAND CREDIT MGT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RICKENBACKER COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CAPITAL ONE BANK (USA) NA | 1,155.39 | 69.32 | 0.00 | 0.00 |
| 019 | CAPITAL ONE BANK (USA) NA | 4,912.44 | 294.75 | 0.00 | 0.00 |
| 020 | FORD MOTOR CREDIT COMPANY | 1,674.25 | 100.45 | 0.00 | 0.00 |
| 021 | ILLINOIS DEPARTMENT OF REVENUE | 4,317.45 | 259.05 | 0.00 | 0.00 |
|  | Total Unsecured | 94,747.60 | 5,684.86 | 0.00 | 0.00 |
|  | Grand Total: | 153,579.45 | 64,516.71 | 3,500.00 | 0.00 |

Total Paid Claimant:       $3,500.00  
Trustee Allowance:         $0.00  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009         By  /s/Heather M. Fagan